## Case No. 3,629.
### DAVIS v. CHILDS.
[Nowhere reported; opinion not now accessible.]